IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | | |
|---|---|---|
| NOLEN ERVIN, | * | |
| Plaintiff, | * | |
| vs. | * | No. 2:06-CV-02733 |
| MEMPHIS MARINE SERVICE, INC., KINDER MORGAN RIVER TERMINALS, LLC, THE PORT OF WEST MEMPHIS, and WEPFER MARINE, INC., | * * * | |
| Defendants, | * | |
| and | * | |
| MEMPHIS MARINE SERVICE, INC., | * | |
| Defendant/Third-Party Plaintiff, | * | |
| vs. | * * | |
| KINDER MORGAN RIVER TERMINALS, LLC, and THE PORT OF WEST MEMPHIS, | * | |
| Defendants/Third-Party Defendants. | * | |

---

## AMENDED RULE 16(b) SCHEDULING ORDER
---

Pursuant to the Status Conference held on June 7, 2010, the parties agree to the following dates as the final dates for:

SUBSTITUTING PROPER PLAINTIFF: **August 6, 2010**

| | | |
|---|---|---|
| COMPLETING FACT DISCOVERY: | | **December 31, 2010** |
| EXPERT DISCLOSURE (Rule 26): | | |
| (1) | DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | **January 31, 2011** |
| (2) | DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION: | **February 28, 2011** |
| (3) | EXPERT WITNESS DEPOSITIONS: | **March 31, 2011** |
| FILING DISPOSITIVE MOTIONS: | | **May 2, 2011** |

This trial is expected to last 3-5 days and is **SET FOR TRIAL** at **9:00 a.m.** on **October 24, 2011**. A pretrial conference is set for **1:30 p.m.** on **October 3, 2011**. A joint pretrial order and proposed jury instructions shall be submitted no later than **5:00 p.m.** on **September 26, 2011**.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying the parties' inability to resolve the dispute. The proposed joint pretrial order should include any stipulated facts, contested issues of fact and/or law, and lists of witnesses and exhibits, and should be signed by the attorneys for all the parties.

**IT IS SO ORDERED,** this 22nd day of June, 2010.

          s/Bernice B. Donald
          **BERNICE BOUIE DONALD**
          **UNITED STATES DISTRICT JUDGE**

- 3 -

APPROVED:


___/s/ Howard M. Cohen_____
Howard M. Cohen
O'Bryan Baun Cohen & Kuebler
401 South Old Woodward, Suite 320
Birmingham, Michigan   48009
Attorney for Plaintiff


___/s/ Gregory W. O'Neal_____
Gregory W. O'Neal
Bratton & O'Neal, P.C.
675 Oakleaf Office Lane, Suite 200
Memphis, Tennessee   38117
Attorney for Memphis Marine Service, Inc.

___/s/ Thomas J. Smith_____
Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas   77010
Attorney for Kinder Morgan River Terminals, LLC

___/s/ Frank J. Dantone_____
Frank J. Dantone, MS #5792
Henderson Dantone, PA
241 Main Street
P. O. Box 778
Greenville, Mississippi   38702
Attorney for Wepfer Marine, Inc.

F:\Data\Mem-Mar\Ervin\Sched.Order.Amended.doc